THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Justin Ashley
 Phillips, Appellant.
 
 
 

Appeal from Cherokee County
 Doyet A. Early, III, Circuit Court Judge
Unpublished Opinion No. 2007-UP-509
Submitted October 1, 2007  Filed October
 30, 2007
APPEAL DISMISSED

 
 
 
 Assistant Appellate Defender Aileen P. Clare, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, and Assistant Deputy Attorney General Salley W.
 Elliott, all of of Columbia; and Solicitor Harold W. Gowdy, III, of Spartanburg,
 for Respondent.
 
 
 

PER CURIAM: Justin Ashley Phillips pled guilty to second-degree lynching and assault and
 battery of a high and aggravated nature.  He was sentenced to an aggregate of
 fifteen years imprisonment, suspended upon the service of three years
 imprisonment and five years probation.  On appeal, Phillips argues that the
 trial court abused its discretion by denying his motion for a separate trial. 
 Phillips counsel attached a
 petition to be relieved, stating she reviewed the record and concluded this
 appeal lacks merit.  Phillips did not file a pro se response
 brief.  After a thorough review of the record and counsels brief, pursuant to Anders
 v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss Phillips appeal and grant counsels
 motion to be relieved.[1]
APPEAL
 DISMISSED.
HEARN,
 C.J., HUFF and KITTREDGE, JJ.,
 concur.

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.